IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ARTHUR DALE GARREN**  **PLAINTIFF**

**VS.**  **4:12-CV-00521-BRW**

**EVERETT YOUNG,** *et al.*  **DEFENDANTS**

## ORDER

Pending is Plaintiff's Motion to Dismiss (Doc. No. 25) under Federal Rule of Civil Procedure 41(a)(2). Defendants have responded and do not object to dismissal.[1] Accordingly, the Motion is GRANTED and the case is DISMISSED without prejudice.

IT IS SO ORDERED this 9th day of July, 2013.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 26.